

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2020

No. 04-20-00013-CV

James T. **MAXWELL**,
Appellant

v.

**FROST BANK**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI04798
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The trial court's judgment was signed on October 9, 2019. Because appellant timely filed a motion for new trial and notice of appeal, the clerk's record and reporter's record were due to be filed in this court on February 6, 2020. *See* TEX. R. APP. P. 35.1(a). Neither record has been filed. The trial court clerk and court reporter have filed notifications of late record stating that appellant has failed to request and pay, or make arrangements to pay, the fees for preparing the records and that appellant is not entitled to appeal without paying the fee.

Accordingly, it is ORDERED that appellant provide written proof to this court *within ten (10) days* of the date of this order that *either* (1) the clerk's fee for preparing the clerk's record has been paid or payment arrangements have been made and any additional contents of the clerk's record have been designated pursuant to TEX. R. APP. P. 34.5(b), <u>and</u> (2) a written request has been made for preparation of the reporter's record pursuant to TEX. R. APP. P. 34.6 (b), and the reporter's fee has been paid or payment arrangements have been made; <u>*or*</u> (3) appellant is entitled to appeal without paying the clerk's fee and the court reporter's fee.

If appellant fails to respond within the time provided, and the clerk's record is not timely filed, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2020.



_____
Michael A. Cruz,
Clerk of Court